United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **08-02683 ESL**

**NIEVES OTERO, YAMIL & SANTIAGO CARDENALES, VIRGINIA**    Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **5/25/2010**
☐ PRE ☐ POST-CONFIRMATION    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **425.00** x **11** = $ **4,675.00**
$ **0.00** x **3** = $ **0.00**
$ **525.00** x **8** = $ **4,200.00**
$ **330.00** x **38** = $ **12,540.00**
$ _____ x _____ = $ _____

TOTAL: $ **21,415.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **21,415.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,350.00**

Signed: **/s/ YAMIL NIEVES OTERO**
Debtor

**/s/ VIRGINIA SANTIAGO CARDENALES**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE**    Cr. _____    Cr. _____
# **02-0001352387**    # _____    # _____
$ **3,078.65** +$**876.25 POST PET ARREARS**
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIAS BERR**    Cr. _____    Cr. _____
# **19-019809-01**    # _____    # _____
$ **2,260.33**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BBVA BANCO**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**UNTIL CONFIRMATION ADEQUATE PROTECTION PAYMENT TO BBVA (AUTO LOAN) OF $ 100.00 MONTHLY**

**DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF BBVA AUTO LOAN ACCOUNT ENDING NUMBER 5178.**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**    Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

YAMIL NIEVES OTERO
VIRGINIA SANTIAGO CARDENALES

DEBTOR(S)

CASE NUMBER: 08-02683 ESL

CHAPTER 13 ( ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. Provide for the lift of stay in favor of BBVA account ending number 5178, this in order to adjust the expenses in order to be able to comply with the payment schedule plan.**

3. Debtor (s) amend plan call for eleven (11) payments of $425.00, eight (8) payments of $525.00 and thirty eight (38) payments of $330.00 for a total base of $21,415.00 dollars with a provision for the payment of pre and post petition arrears to RG Mortgage and the payment in full to Mueblerias Berrios and payments of priorities to Hacienda.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 25th, day of May, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 08-02683 ESL |
| YAMIL NIEVES OTERO | * | |
| VIRGINIA SANTIAGO CARDENALES | | |
| DEBTOR (S) | * | CHAPTER 13 (ASSETS CASE) |

*******************************

## NOTICE OF FILING AMENDED PLAN

### TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST

### NOTICE IS HEREBY GIVEN THAT DEBTOR (S) FILED THE ATTACHED PLAN ON MAY 25TH, 2010

Parties in interest are hereby granted twenty one (21) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter.

**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. BOX 195596
SAN JUAN, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those parties who in this case have register for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

In San Juan, Puerto Rico, this 25th of May, 2010.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

```
Label Matrix for local noticing        BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO    HSBC BANK NEVADA NA
0104-3                                 C/O ANGEL VAZQUEZ BAUZA, ESQ                   BASS & ASSOCIATES PC
Case 08-02683-ESL13                    PO BOX 191017                                  3936 E FT LOWELL RD
District of Puerto Rico                SAN JUAN, PR 00919-1017                        SUITE 200
Old San Juan                                                                          TUCSON, AZ 85712-1083
Tue May 25 16:40:45 AST 2010

R&G MORTGAGE CORPORATION               eCAST Settlement Corporation                   US Bankruptcy Court District of P.R.
CARDONA JIMENEZ LAW OFFICE             POB 35480                                      U.S. Post Office and Courthouse Building
PO BOX 9023593                         Newark, NJ 07193-5480                          300 Recinto Sur Street, Room 109
SAN JUAN, PR 00902-3593                                                               San Juan, PR 00901-1964


ARM                                    BANCO BILBAO VIZCAYA ARG                       BBVA BANCO
PO BOX 129                             ANGEL M VAZQUEZ BAUZA                          PO BOX 364745
THOROFARE, NJ 08086-0129               PO BOX 191017                                  SAN JUAN, PR 00936-4745
                                       SAN JUAN PR 00919-1017


DEPARTAMENTO DE HACIENDA               DEPARTAMENTO DEL TRABAJO                       Department of Treasury
PO BOX 9024140                         AVE. MU?OZ RIVERA 505                          Bankruptcy Section (424-B)
OFICINA 424 B                          HATO REY, PR 00918-3352                        PO Box 9024140
SAN JUAN, PR 00902-4140                                                               San Juan, PR 00902-4140


FEDERAL LITIGATION DEPT OF JUSTICE     FIA CARD SERVICES                              FIA Card Services aka Bank of America
PO BOX 9020192                         PO BOX 15726                                   by eCAST Settlement Corporation
SAN JUAN, PR 00902-0192                WILMINGTON, DE 19886-5726                      as its agent
                                                                                      POB 35480
                                                                                      Newark NJ 07193-5480


FIRST BANK                             FIRST BANK PUERTO RICO                         FIRST PREMIER BANK
BANKRUPTCY DIVISION                    PO BOX 19327                                   PO BOX 5524
P O BOX 9146                           SAN JUAN, PR 00910-1327                        SIOUX FALLS, SD 57117-5524
SAN JUAN, PR 00908-0146


HSBC Bank Nevada, N.A.                 MUEBLERIAS BERRIOS                             RG MORTGAGE
eCAST Settlement Corporation           PO BOX 674                                     PO BOX 362394
c/o Bass & Associates, P.C.            CIDRA, PR 00739-0674                           SAN JUAN, PR 00936-2394
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083


VALENTINE & KEBARTAS, INC.             WORLD FINANCIAL NETWORK NATIONAL BANK          ALEJANDRO OLIVERAS RIVERA
PO BOX 325                             MARIANNE                                       ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
LWARENCE, MA 01842-0625                PO BOX 182124                                  PO BOX 9024062
                                       COLUMBUS, OH 43218-2124                        SAN JUAN, PR 00902-4062


MARILYN VALDES ORTEGA                  MONSITA LECAROZ ARRIBAS                        VIRGINIA SANTIAGO CARDENALES
VALDES-ORTEGA                          OFFICE OF THE US TRUSTEE (UST)                 719 CALLE ARAGUEZ
P O BOX 195596                         OCHOA BUILDING                                 URB CIUDAD REAL
SAN JUAN, PR 00919-5596                500 TANCA STREET SUITE 301                     VEGA BAJA, PR 00693-3685
                                       SAN JUAN, PR 00901-1938


YAMIL NIEVES OTERO
719 CALLE ARAGUEZ
URB CIUDAD REAL
VEGA BAJA, PR 00693-3685
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NIEVES OTERO, YAMIL<br>SANTIAGO CARDENALES, VIRGINIA<br>2541 | (d)R&G MORTGAGE CORPORATION<br>CARDONA-JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |

End of Label Matrix
Mailable recipients   27
Bypassed recipients    3
Total                 30